# IN THE SUPREME COURT OF THE STATE OF NEVADA

SURYA KOTHA,
Petitioner,
vs.
THE EIGHTH JUDICIAL DISTRICT
COURT OF THE STATE OF NEVADA,
IN AND FOR THE COUNTY OF CLARK;
AND THE HONORABLE WILLIAM D.
KEPHART, DISTRICT JUDGE,
Respondents,
and
RAVI MANTENA; RAJU MANTENA;
MNR EDUCATIONAL TRUST;
DWIBASHYAM MEHAR
SUBRAHMANYAM; V.S. RAJU; AND
CHANDRASEKHARAM SEKHAR
TATAPUDY,
Real Parties in Interest.

No. 69303

FILED

JAN 1 4 2016

TRACIE K. LINDEMAN
CLERK OF SUPREME COURT
BY S.Young
DEPUTY CLERK

## *ORDER DENYING PETITION FOR WRIT OF MANDAMUS*

This is an original petition for a writ of mandamus challenging a district court order granting a motion for a continuance and a stay. Having considered the arguments raised in the petition, we are not persuaded that the district court arbitrarily or capriciously abused its discretion in granting the motion so as to warrant our extraordinary and discretionary intervention. NRS 34.160; *Int'l Game Tech., Inc. v. Second Judicial Dist. Court*, 124 Nev. 193, 197, 179 P.3d 556, 558 (2008); *Pan v. Eighth Judicial Dist. Court*, 120 Nev. 222, 228, 88 P.3d 840, 844 (2004);

16-01255

*Smith v. Eighth Judicial Dist. Court,* 107 Nev. 674, 677, 679, 818 P.2d 849, 851, 853 (1991). Accordingly, we

ORDER the petition DENIED.

_____, J.
Hardesty

_____, J.
Saitta

_____, J.
Pickering

cc:    Hon. William D. Kephart, District Judge
       Muckleroy Lunt, LLC
       Sabharwal & Finkel LLC
       Marquis Aurbach Coffing
       Eighth District Court Clerk